In the Matter of MICHAEL H. SEXTON, an Attorney, Appellant.

OSWALD P. BACKUS, Respondent.

*Matter of Sexton*, 185 App. Div. ——, appeal dismissed.
(Submitted September 30, 1918; decided October 8, 1918.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 2, 1918, referring the issues raised upon an application for disbarment of the appellant herein to a referee to take the proofs and report thereon.

The motion was made upon the ground that the order appealed from was not final.

*Oswald P. Backus, Jr.,* for motion.

*Charles T. Titus* opposed.

Motion granted and appeal dismissed.